**No. 55961.**—Metasco, Inc. *v.* United States, protest 157736–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of musical churches similar in all material respects to those the subject of Abstract 55455, the claim of the plaintiff was sustained.